IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE ASSAD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RICE ENERGY INC., ROBERT F. VAGT, DANIEL J. RICE, IV, TOBY Z. RICE, DANIEL J. RICE, III, KATE JACKSON, JAMES W. CHRISTMAS, JOHN MCCARTNEY, EQT CORPORATION, and EAGLE MERGER SUB I, INC., <br><br> Defendants. | Case No. 2:17-cv-01019-NBF <br><br> JURY TRIAL DEMANDED <br><br> CLASS ACTION |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff George Assad, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice to himself and without prejudice as to all others similarly situated.

Dated: November 15, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long (PA Bar No. 82370)
Gina M. Serra (PA Bar No. 308207)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas (PA Bar No. 85942)
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**

By: /s/ Alfred G. Yates, Jr.
Alfred G. Yates, Jr. (PA Bar No. 17419)
Gerald L. Rutledge (PA Bar No. 62027)
300 Mt. Lebanon Boulevard
Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorneys for Plaintiff*

AND NOW, this 15th day of November, 2017.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE